**Dismissed and Memorandum Opinion filed March 12, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00475-CV

### IN THE INTEREST OF L.E.B., A CHILD

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. 10FD0110**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed April 25, 2018. The clerk's record was filed July 10, 2018. No reporter's record or brief was filed.

On January 10, 2019, this court issued an order stating that unless appellant filed a brief on or before February 11, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. The appeal is ordered dismissed.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.